The Supreme Court of South Carolina
 
 
 
 
 Dale Robert
 Bullis, Petitioner,
 v.
 State of South
 Carolina Respondent.
 
 
 

 ORDER
 
 Petitioner has
 petitioned the Court for rehearing in this matter.  We deny the petition, but
 withdraw Opinion Number 26631 filed April 13, 2009 and substitute it with the
 attached opinion.

 
 
 
 s/Jean H. Toal                                    C.J.
 
 s/John H. Waller, Jr.                           J.
 
 s/Costa M. Pleicones                        J.
s/Donald W. Beatty                            J.
 s/John W. Kittredge                           J.
 
 

 Columbia, South Carolina
 August 25, 2009
 
 THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
 
 THE STATE OF SOUTH CAROLINA
 In The Supreme Court

 
 
 
 Dale Robert
 Bullis, Petitioner,
 v.
 State of South
 Carolina Respondent.
 
 
 

 ON WRIT OF CERTIORARI
 
 Appeal from Greenville County
 D. Garrison Hill, Circuit Court Judge
 Opinion No. 2009-MO-047
 Submitted February 19, 2009  Filed August 25, 2009

 AFFIRMED
 

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General
 Karen Ratigan, all of Columbia, for Respondent.
 
 
 

 PER CURIAM: In this post-conviction relief (PCR) case, the PCR court found probation
 counsel was not ineffective in failing to inform Petitioner Dale Robert Bullis
 of his right to appeal the revocation of his probation and denied Petitioner
 relief.  This Court granted a writ of certiorari to review that decision.  We
 affirm pursuant to Rule 220(c) and the following authority: Turner v. State,
 Op. No. 26708 (S.C. Sup. Ct. filed August 24, 2009).
 TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.